1  Robert A. Weikert (Bar No. 121146)
   rweikert@nixonpeabody.com
2  Andrew H. Winetroub (Bar No. 291847)
   awinetroub@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center
4  San Francisco, California 94111-3600
   Tel: (415) 984-8200
5  Fax: (415) 984-8300

6  David L. May (admitted *pro hac vice*)
   dmay@nixonpeabody.com
7  Jennette W. Psihoules (admitted *pro hac vice*)
   jpsihoules@nixonpeabody.com
8  NIXON PEABODY LLP
   799 9th Street NW
9  Washington, DC 20001-4501
   Tel: (202) 585-8000
10 Fax: (202) 585-8080

11
   Attorneys for Plaintiff
12 *St Andrews Links Limited*

13

14

                **IN THE UNITED STATES DISTRICT COURT**
15
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16

17

   ST ANDREWS LINKS LIMITED,                Case No.: 4:21-cv-06470-JST
18
                          Plaintiff,         **STIPULATION AND [PROPOSED]**
19                                           **ORDER TO CONTINUE INITIAL**
                                             **CASE MANAGEMENT**
         v.                                  **CONFERENCE AND RELATED**
20                                           **DEADLINES**
   SOURCE AND DESIGN
21 INTERNATIONAL (UK) LTD and JOHN          **Local Rule 6-2**
   CHARLES MORTON,
22
                          Defendants.
23

24

         WHEREAS, Plaintiff St Andrews Links Limited ("**St Andrews**") filed its Complaint in the
25
   above-captioned matter on August 20, 2021 [Dkt. 1];
26

27

28

   ─────────────────────────────────────────────────────────────
        STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

   4880-4634-1413.1

1       WHEREAS, St Andrews filed its First Amended Complaint on October 20, 2021 [Dkt. 8]

2   and served Defendants Source and Design International (UK) Ltd and John Charles Morton

3   (collectively, "**Defendants**") with the First Amended Complaint on October 22, 2021 [*see*, Dkt. 9];

4       WHEREAS, prior to Defendants filing their responsive pleadings, St Andrews filed, on

5   November 1, 2021, an Administrative Motion to Continue Initial Case Management Conference

6   and Related Deadlines [Dkt. 12], pursuant to which the Initial Case Management Conference was

7   continued to December 21, 2021 and the deadline for filing the Joint Case Management Conference

8   Statement was set for December 14, 2021 [*see* Dkt. 13];

9       WHEREAS, on November 12, 2021, Defendants filed a stipulation to extend the deadline

10  to file their responsive pleadings by one week, to which St Andrews did not object [Dkt. 17];

11      WHEREAS, on November 19, 2021, Defendants filed a Motion to Dismiss for Lack of

12  Personal Jurisdiction [Dkt. 18] (the "**Motion to Dismiss**"), along with a supporting Declaration

13  from John Charles Morton [Dkt. 18-1];

14      WHEREAS, on November 30, 2021, the parties filed a Stipulation and [Proposed] Order

15  Regarding Expedited Jurisdictional Discovery and Extending Deadline for Opposition to Motion

16  to Dismiss [Dkt. 19], which the Court duly entered on December 6, 2021 [Dkt. 24] (the

17  "**Jurisdictional Discovery Order**");

18      WHEREAS, since the Court entered the Jurisdictional Discovery Order, the parties have

19  completed expedited jurisdictional discovery and filed stipulations to extend Defendants' time to

20  complete the briefing on the Motion to Dismiss;

21      WHEREAS, the Motion to Dismiss is fully briefed as of April 8, 2022 [Dkt. 39];

22      WHEREAS, the Court set a hearing on the Motion to Dismiss for May 19, 2022 [Dkt. 38],

23  which was vacated by the Court on May 12, 2022 in light of the Court's finding that the matter is

24  suitable for determination without oral argument [Dkt. 44];

25      WHEREAS, pursuant to the current case schedule, the Initial Case Management Conference

26  is set for July 5, 2022, with the parties' Joint Case Management Statement due by June 28, 2022

27  [Dkt. 41];

28

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

4880-4634-1413.1

1    WHEREAS, the parties have met and conferred regarding the current case management

2  deadlines and believe that the continuance of the Initial Case Management Conference, and related

3  deadlines, requested herein is in the interest of conserving the Court's limited resources, as well as

4  those of the parties, as it would permit the Court to resolve the pending dispositive motion prior to,

5  *inter alia*, setting a case schedule and it would also allow the parties conduct a meaningful Rule

6  26(f) conference after the pleadings have closed;

7    WHEREAS, the parties believe that continuing the Initial Case Management Conference to

8  no earlier than August 2, 2022 would permit the parties to await the Court's decision on the pending

9  Motion to Dismiss prior to, *inter alia*, conducting the Rule 26(f) conference, preparing the Joint

10  Case Management Conference Statement, and appearing at the Initial Case Management

11  Conference;

12    WHEREAS, pursuant to Local Rule 6-2(a), the parties may request "an order changing time

13  that would affect the date of an event or deadline already fixed by Court order, or that would

14  accelerate or extend time frames set in the Local Rules or in the Federal Rules";

15    WHEREAS, pursuant to Local Rule 6-2(a), the stipulated request made herein is

16  accompanied by the Declaration of Andrew H. Winetroub in support hereof;

17    **NOW, THEREFORE**, St Andrews and Defendants hereby stipulate and request an order

18  from the Court as follows:

19    i.    The Initial Case Management Conference scheduled for July 5, 2022 shall be

20       continued and reset for a date no earlier than August 2, 2022, subject to the Court's

21       convenience and availability; and

22    ii.   The parties' Joint Case Management Conference Statement shall be due seven (7)

23       days prior to the date set for the Initial Case Management Conference.

24

25  Dated: June 13, 2022          Respectfully submitted,

26                    **NIXON PEABODY LLP**

27
                    By:  /s/ *Robert A. Weikert*
28

- 3 -

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

4880-4634-1413.1

1

Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com

2

Andrew H. Winetroub (Bar No. 291847)
awinetroub@nixonpeabody.com

3

NIXON PEABODY LLP
One Embarcadero Center

4

San Francisco, California 94111-3600
Tel: (415) 984-8200

5

Fax: (415) 984-8300

6

David L. May (admitted *pro hac vice*)
dmay@nixonpeabody.com

7

Jennette W. Psihoules (admitted *pro hac vice*)
jpsihoules@nixonpeabody.com

8

NIXON PEABODY LLP
799 9th Street NW

9

Washington, DC 20001-4501
Tel: (202) 585-8000

10

Fax: (202) 585-8080

11

Attorneys for Plaintiff
*St Andrews Links Limited*

12

13

**LAW OFFICES OF SCOTT E. SCHUTZMAN**

14

By: _/s/ *Jeffrey H. Greger*_____

15

Scott E. Schutzman (Bar No. 140962)
schutzy@msn.com

16

LAW OFFICES OF SCOTT E. SCHUTZMAN
2124 Main Street, Suite 130

17

Huntington Beach, CA 92648
Tel: 714-374-0099

18

19

**JEFFREY H. GREGER PC**
Jeffrey H. Greger, Esq. (admitted *pro hac vice*)
jeffreyhgregerpc@gmail.com

20

5006 Kenerson Drive
Fairfax, Virginia 22032

21

Tel: 571-331-4949

22

Attorneys for Defendants

23

The initial case management conference is continued to August 2, 2022 with a case management
statement due July 26, 2022.

24

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25

26

DATED: June 15, 2022

_____

27

Hon. Jon S. Tigar
United States District Judge

28

- 4 -

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE